IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WHITNE Y A. SIMMONS,              )<br>                                                         )<br>          Plaintiff,              )<br>                                                         )<br>     vs.                                         )<br>                                                         )<br>JP MORGAN CHASE BANK, N.A.,  )<br>                                                         )<br>          Defendant.              ) | Case No.  8:10CV178<br><br>SCHEDULING ORDER<br>(Mediation) |

Counsel appeared telephonically for a Rule 16 conference.  John Simmons represented the plaintiff and Joshua Dickinson represented the defendant.  Progression of the case reviewed.

**IT IS ORDERED:**

1. The case will not be stayed, but the parties shall have until **January 7, 2011** to participate in mediation pursuant to the Mediation Plan for the U.S. District Court, District of Nebraska. Other information regarding mediation, including a list of federal mediators, is available on the court's web site, www.ned.uscourts.gov.

2. By **December 20, 2010**, the parties shall notify the court of their choice of mediator and the date of their mediation session.

3. Plaintiff's counsel shall electronically file a status report within five business days following the completion of the parties' settlement meeting, advising whether the case has been settled.

4. The Clerk shall bring this file to the attention of the undersigned on **January 14, 2011**, or when notified that the mediation has been completed, whichever occurs first.

5.  A Rule 16 conference will be scheduled, if necessary, after January 14, 2011.

**DATED: November 23, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**