# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WHITNEY SIMMONS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:10-cv-00178-LSC-FG3 |
| vs. ) | |
| ) | **ORDER** |
| **JP MORGAN CHASE BANK, N.A.,** ) | |
| ) | |
| **Defendant.** ) | |

Upon review of the Mediation Closure Notice filed on January 7, 2011 (#44),

**IT IS ORDERED** that counsel shall file a joint status report on or before February 1, 2011, concerning the progress of their settlement discussions.

**DATED January 11, 2011.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett, III**
> **United States Magistrate Judge**