## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WHITNEY SIMMONS, ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> JP MORGAN CHASE BANK, N.A., ) <br> ) <br>     **Defendant.** ) | 8:10-cv-00178-LSC-FG3 <br><br> **ORDER** |

The court has reviewed the parties' January 31, 2011 status report (Doc. 46). For good cause shown,

**IT IS ORDERED** that counsel shall file a joint status report on or before **February 22, 2011** concerning the progress of their settlement discussions.

**DATED January 31, 2011.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett, III** <br>
                                        **United States Magistrate Judge**