IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WHITNEY A. SIMMONS, | ) | Case No. 8:10cv178 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JP MORGAN CHASE BANK, N.A., | ) | |
| Defendant. | ) | |

Upon notice of settlement set out in the plaintiff's Status Report (#48), filed by John F. Simmons, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **April 15, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 22nd day of February 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge