## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WHITNEY A. SIMMONS,** | ) | CASE NO. 8:10CV178 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER AND** |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| **JP MORGAN CHASE BANK, N.A.,** | ) | |
| | ) | |
| **Defendant,** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 58). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney's fees. Also before the Court is the Plaintiff's Motion to Withdraw (Filing No. 59). All pending motions will be denied as moot. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 58) is approved;

2. This action is dismissed with prejudice;

3. The parties will pay their own costs and attorney's fees; and

4. All pending motions are denied as moot.

Dated this 17th day of May, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge